IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 2:21-cv-00012 |
| | Chief Judge Waverly D. Crenshaw, Jr. |
| CUMBERLAND COUNTY, TENNESSEE, | JURY DEMAND |
| Defendant. | |

**JOINT NOTICE OF ANTICIPATED SETTLEMENT**

Please take notice that Plaintiff United States of America and Defendant Cumberland County, Tennessee (collectively, "the Parties") have agreed to a settlement in principle in the above-captioned action. On or before April 8, 2021, the Parties expect to file a joint motion seeking approval and entry of a proposed Consent Decree, which will resolve the United States' Complaint and provide for monetary and non-monetary relief, as well as the Court's continued jurisdiction during the term of the Consent Decree.

Date: March 8, 2021  Respectfully submitted,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

> PAMELA S. KARLAN
> Principal Deputy Assistant Attorney General
> Civil Rights Division
>
> DELORA L. KENNEBREW
> Chief
>
> JOHN P. BUCHKO
> Deputy Chief
>
> JENNIFER M. SWEDISH (D.C. Bar No. 977746)
> JULIA T. QUINN (D.C. Bar No. 1031695)
> Trial Attorneys
> U.S. Department of Justice
> Civil Rights Division
> Employment Litigation Section
> 4 Constitution Square
> 150 M Street NE / Room 9.1134
> Washington, D.C. 20530
> Telephone: (202) 305-4069
> Facsimile: (202) 514-1005
> Email: Jennifer.Swedish@usdoj.gov
> Email: Julia.Quinn@usdoj.gov
>
> MARY JANE STEWART
> Acting United States Attorney
> Middle District of Tennessee

By: /s Kara F. Sweet
> KARA F. SWEET
> Assistant United States Attorney
> United States Attorney's Office
> 110 Ninth Avenue South, Suite A-961
> Nashville, TN 37203
> Telephone: (615) 736-5151
> Facsimile: (615) 401-6626
> Email: Kara.Sweet@usdoj.gov
>
> *Counsel for the United States of America*

**FOR DEFENDANT CUMBERLAND COUNTY, TENNESSEE:**

        By: /s Cassandra M. Crane
           CASSANDRA M. CRANE
           12 Cadillac Drive, Suite 480
           Brentwood, TN 37027
           Telephone: (615) 620-7309
           Facsimile: (615) 254-9835
           Email: Casey.Crane@farrar-bates.com

           *Counsel for Cumberland County, Tennessee*