**CORRECTED EXHIBIT 2**

**INDIVIDUAL MONETARY RELIEF TO RELIEF PARTICIPANTS**

| Relief Participant | Monetary Relief |
|---|---|
| Charging Party 1 | $100,000 |
| Charging Party 2 | $160,000 |
| Charging Party 3 | $190,000 |
| Charging Party 4 | $ 90,000 |
| Employee 1 | $ 50,000 |
| Employee 2 | $ 80,000 |
| Employee 3 | $122,500 |
| Employee 4 | $ 80,000 |
| Employee 5 | $ 80,000 |
| Employee 6 | $122,500 |