UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:21-cv-00012 |
| v. | Magistrate Judge Alistair E. Newbern |
| CUMBERLAND COUNTY, TENNESSEE, | |
| Defendant. | |

### **ORDER**

On March 8, 2021, counsel filed a notice of settlement (Doc. No. 8), and the Court has approved the proposed consent decree (Doc. No. 13). Accordingly, the initial case management conference set on May 17, 2021 is CANCELLED.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge